UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA  \* | |
| \* | NO. 3:01 CR 213 (AVC) |
| V.   \* | |
| \* | |
| JEFFREY LORENZO   \* | MAY 28, 2008 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR APPOINTMENT AS CJA COUNSEL—NUNC PRO TUNC

The defendant moves this Court for the entry of a nunc pro tunc order of appointment of Atty. Erskine D. McIntosh as CJA counsel to April 24, 2008 for the purpose of seeking a reduction in the defendant's sentence because of the amendment to the U.S. Sentencing Commission's Sentencing Guidelines involving cocaine base.

The defendant was originally represented by the undersigned under the CJA and his voucher number was 030902000109. The defendant is incarcerated under the sentence imposed by this Court. The defendant had been in contact with the undersigned and requested that the undersigned undertake this endeavor. To that end, I move that this Court grant this motion.

RESPECTFULLY SUBMITTED,

JEFFREY LORENZO
THE DEFENDANT

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 9743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
(203) 848-1213 FAX

**COUNSEL FOR THE DEFENSE**

## CERTIFICATION

This is to certify that the foregoing motion was mailed on May 28, 2008 to the following:

Atty. Mike Gustafson
United States Attorney's Office
District of Connecticut
450 Main Street
Hartford, CT 06103

ATTY. ERSKINE D. McINTOSH

17.1 MOTION-APPOINTMENT AS CJA COUNSEL