UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

APPEARANCE

UNITED STATES OF AMERICA     :
                             :
        V.                   :    CASE NUMBER:   3:01 CR 215 (AVC)
                             :
JEFFREY LORENZO, ET AL       :

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for: *MR. JEFFREY LORENZO*

May 28, 2008
Date

/Signature/

Ct 09743
Federal Bar Number

Atty. Erskine D. McIntosh
Counsel

203-787-9994
Telephone Number

The Law Offices of Erskine D. McIntosh, P.C.
Address

203-848-1213
Fax Number

3129 Whitney Avenue, 2nd Floor

Hamden, CT 06518-2364

CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Atty. Mike Gustafson
United States Attorney's Office
District of Connecticut
450 Main Street
Hartford, CT 0610

Atty. Erskine D. McIntosh

17-1 APPEARANCE