

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**(Hartford)**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:01 CR 213 (AVC) |
| V. | |
| JEFFREY LORENZO, ET AL | May 29, 2008 |

### DEFENDANT'S MOTION FOR RECONSIDERATION OF HIS MOTION TO MODIFY A CRIMINAL JUDGMENT

Comes now the defendant, by and through his counsel, entreating this Court to reconsider and set aside its May 12th, 2008 Order denying the defendant's motion [445] which, pursuant to 18 U.S.C. §3582 (c) (2) requested that this Court re-open and modify the judgment in this criminal case which this Court entered on August 15, 2003 imposing a term of **110 months** of imprisonment upon Mr. Lorenzo because of his conviction of conspiracy to possess with intent to distribute crack in violation of 21 USC § 846 & 841, pursuant to the then U.S. Sentencing Commission's "Crack" guidelines.

The defense again entreats this Court to reduce Mr. Lorenzo's sentence to **92 months**.

This Court denied the defendant's motion because it felt that the original § 2D1.1 (a) (3) reduction of two points from Mr. Lorenzo's original base offense level of 32 by dint of his receipt of a mitigating role reduction operated as a bar; pursuant to 18 U.S.C. § 3582 (c) (2), to the lowering of Mr. Lorenzo's "applicable guideline range" by the retroactive operation of the

---

```
3:01CR0213(AVC) June __26__, 2008. The motion for reconsideration is
GRANTED. However, the relief requested is DENIED, for the reasons stated
in the court's prior order (document no. 446).
SO ORDERED.
```

/s/ Alfred V. Covello, USDJ
Alfred V. Covello, U.S.D.J.