**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**(Hartford)**

```
*********************************
UNITED STATES OF AMERICA    *
                            *    NO. 3:01 CR 213 (AVC)
            V.              *
                            *
                            *
JEFFREY LORENZO             *    July 16, 2008
*********************************
```

## DEFENDANT'S MOTION FOR EXEMPTION FROM E-FILING ORDER

Comes now the defendant, who entreats this Court to order that the defense, in his case, be exempted from the E-filing order previously entered in this case. This firm is unable to provide this service to its clients.

Hence the defense moves this Court to exempt Mr. Lorenzo from the E-filing order.

RESPECTFULLY SUBMITTED,

JEFFREY LORENZO
THE DEFENDANT

BY: _____
**ATTY. ERSKINE D. McINTOSH**
**FEDERAL BAR NO. CT 9743**
**THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.**
**3129 WHITNEY AVENUE, SECOND FLOOR**
**HAMDEN, CONN. 06518-2364**
**PH. (203) 787-9994**
**Fax (203) 848-1213**

**COUNSEL FOR THE DEFENSE**

## CERTIFICATION

This is to certify that the foregoing was sent on this _16_ th day of July, 2008 to:

Atty. Mike Gustafson
United States Attorney's Office
450 Main Street
Hartford, CT 06103

_____
**ATTY. ERSKINE D. McINTOSH**

17-1 Motion-Exemption from E-filing