UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 3:01 CR 213 (AVC) |
| V. | : | |
| | : | |
| JEFFREY LORENZO, ET AL | : | July 16, 2008 |

### DEFENDANT'S NOTICE OF MANUAL FILING

Comes now the defendant, by and through his counsel, who gives notice that he is manually filing the following documents:

1. MOTION FOR EXEMPTION FROM THE E-FILING ORDER
2. MOTION FOR EXTENSION OF TIME TO FILE APPEAL
3. NOTICE OF APPEAL
4. MOTION OF DEFENDANT TO PROCEED WITHOUT PAYMENT OF COSTS ON APPEAL
5. CJA 24--AUTHORIZATION RE: TRANSCRIPT

These document(s) has/have not been filed electronically because:

☒ **The defendant, by and through his counsel, is unable to transmit the same in PDF format.**
☐ The electronic file size of the document exceeds 1.5 megabytes
☐ The documents or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b).
☐ Plaintiff / Defendant is excused from filing this document or thing by court order.

The documents have been manually served on all parties.

RESPECTFULLY SUBMITTED,

JEFFREY LORENZO
THE DEFENDANT

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR No.: CT 9743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONN. 06518-2364
PH. (203) 787-9994--- (203) 848-1213 Fax

**COUNSEL FOR THE DEFENSE**

17-1 MOTION- NOTICE OF MANUAL FILING-LORENZO