UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | \* | |
| | \* | NO. 3:01 CR 213 (AVC) |
| V. | \* | |
| | \* | |
| JEFFREY LORENZO | \* | July 16, 2008 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO PERMIT THE FILING OF THIS APPEAL

The Defendant moves for an extension of time to permit the filing of his appeal. Subsequent to May 30, 2008 this Court entered two orders, the latest of which was dated June 26, 2008, that were never sent to the undersigned. It was always the undersigned's intent to appeal the last ruling of this Court because that is what the client desired. However, the ten day period within which to file the Notice of Appeal has expired because the undersigned never received the actual court order.

The undersigned called the Clerk's office today to find out why I was not listed as Mr. Lorenzo's attorney. Ms. Kunofsky of the Clerk's Office informed me that judging from what she saw on this case's docket sheets I should have been designated as the defense attorney of record and that that omission was an oversight that she said would be corrected today.

Hence, as the failure to timely file the Notice of Appeal was not of the defendant's making or that of the undersigned this Court is entreated to supply the relief requested.

RESPECTIVELY SUBMITTED,

JEFFREY LORENZO
THE DEFENDANT

BY: _____
**ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO.  ct 9743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONN.  06518-2364
(203) 787-9994
FAX  (203) 848-1213**

**COUNSEL FOR THE DEFENDANT**

**CERTIFICATION**

The foregoing was mailed this 16TH day of July, 2008 to the following:

Atty. Mike Gustafson
United States Attorney's Office
450 Main Street
Hartford, CT 06103

_____
ATTY. ERSKINE D. McINTOSH

17.1 Motion-Ext Time-FILE APPEAL NOTICE