UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

*************************************
UNITED STATES OF AMERICA     *
                             *     NO. 3:01 CR 213 (AVC)
V.                           *
                             *
JEFFREY LORENZO              *     July 16, 2008
*************************************

### DEFENDANT'S MOTION TO PROCEED WITHOUT PAYMENT OF COSTS ON APPEAL

Mr. Jeffrey Lorenzo, through his counsel below, moves this Court for an Order permitting him to appeal this court's refusal to reduce his sentence without having to pay court costs, transcript fees and with appointed counsel because he has no financial resources to so do. On September 17, 2001 defense counsel was appointed for Mr. Lorenzo by order of the Court under the Criminal Justice Act because he was without funds to retain an attorney. On June 4, 2008 this Court reappointed the undersigned to represent Mr. Lorenzo in his effort to have his sentence reduced by dint of the Amendment to the crack U.S.S.G. Mr. Lorenzo's financial affidavit is on file with this Court. Mr. Lorenzo filed his net worth statement with this Court which showed that he was without funds to pay a fine. The undersigned hereby incorporates Mr. Lorenzo's CJA financial affidavit and his net worth statement by reference as though appended hereto.

Therefore, as this Court has previously ruled that Mr. Lorenzo could proceed with his defense under the CJA and as that status has not been revoked; the defense entreats this Court to permit him to appeal this latest Court decision without having to pay court costs, transcript fees and permit to proceed with appointed counsel.

RESPECTFULLY SUBMITTED,

JEFFREY LORENZO
THE DEFENDANT

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. Ct 9743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
Fax (203) 848-1213

**COUNSEL FOR THE DEFENDANT**

**C E R T I F I C A T I O N**

This is to certify that a copy of the foregoing and addendum have been faxed and/or mailed on this the 16th day of July, 2008 to:

Atty. Mike Gustafson
United States Attorney's Office
District of Connecticut
450 Main Street
Hartford, CT 06103

_____
ATTY. ERSKINE D. McINTOSH

17-1 MOTION-PROCEED WITHOUT PAYMENT OF COSTS