Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
**United States District Court**

_____ District of CONNECTICUT

U.S.A.
_____
v.
JEFFREY LORENZO
_____

Docket No.: 3:01CR213 (AVC)
_____

ALFRED V. COVELLO
_____
(District Court Judge)

Notice is hereby given that MR. JEFFREY LORENZO _____ appeals to the United States Court of Appeals for the Second

Circuit from the judgment [_____], other [ X ] DISPOSITION OF HIS REQUEST FOR CRACK COCAINE
(specify) REDUCTION OF HIS SENTENCE

entered in this action on 6/26/08
_____
(date)

Offense occurred after November 1, 1987     Yes [ X ]     No [ _____ ]

This appeal concerns: Conviction only [ ___ ]     Sentence only [ X ]     Conviction and Sentence [ _____ ]

Date JULY 16, 2008
TO

ATTY ERSKINE D. MCINTOSH, P.C.
_____
(Counsel for Appellant)

Address P.O BOX 185789
HAMDEN, CT 06518-2364

**ADD ADDITIONAL PAGE (IF NECESSARY)**

Telephone Number: 203- 787-9994

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ **QUESTIONNAIRE** | ▶ **TRANSCRIPT ORDER** ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |

[ X ] I am ordering a transcript
[ _____ ] I am not ordering a transcript
    Reason
    [ _____ ] Daily copy is available
    [ _____ ] U.S. Attorney has placed order
    [ _____ ] Other. Attach explanation

Prepare transcript of      Dates
[ _____ ] Prepare proceedings
[ _____ ] Trial _____
[ X ] Sentencing 8-15-03
[ _____ ] Post-trial proceedings _____

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment    [ _____ ] Funds [ _____ ]   CJA Form 24 [ _____ ]

| ATTORNEY'S SIGNATURE | DATE JULY 16, 2008 |
|---|---|

▶   **COURT REPORTER ACKNOWLEDGMENT**    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) |

**DISTRIBUTE COPIES TO THE FOLLOWING:**

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney

4. U.S. Court of Appeals
5. Court Reporter (District Court)