UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:01 CR 213 (AVC) |
| V. | |
| JEFFREY LORENZO | July 16, 2008 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT'S MOTION FOR EXEMPTION FROM E-FILING ORDER

Comes now the defendant, who entreats this Court to order that the defense, in his case, be exempted from the E-filing order previously entered in this case. This firm is unable to provide this service to its clients.

Hence the defense moves this Court to exempt Mr. Lorenzo from the E-filing order.

RESPECTFULLY SUBMITTED,

JEFFREY LORENZO
THE DEFENDANT

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 9743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONN. 06518-2364
PH. (203) 787-9994
Fax (203) 848-1213

COUNSEL FOR THE DEFENSE

### CERTIFICATION

This is to certify that the foregoing was sent on this 16th day of July, 2008 to:

Atty. Mike Gustafson
United States Attorney's Office
450 Main Street
Hartford, CT 06103

_____
ATTY. ERSKINE D. McINTOSH

17-1 Motion-Exemption from E-filing

---

3:01CR0213(AVC) July 24, 2008. The motion is GRANTED. SO ORDERED.

/s/ Alfred V. Covello, USDJ
Alfred V. Covello, U.S.D.J.

01cr213end461