UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

```
************************************
UNITED STATES OF AMERICA      *
                              *    NO. 3:01 CR 213 (AVC)
          V.                  *
                              *
JEFFREY LORENZO               *    July 16, 2008
************************************
```

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO PERMIT THE FILING OF THIS APPEAL

The Defendant moves for an extension of time to permit the filing of his appeal. Subsequent to May 30, 2008 this Court entered two orders, the latest of which was dated June 26, 2008, that were never sent to the undersigned. It was always the undersigned's intent to appeal the last ruling of this Court because that is what the client desired. However, the ten day period within which to file the Notice of Appeal has expired because the undersigned never received the actual court order.

The undersigned called the Clerk's office today to find out why I was not listed as Mr. Lorenzo's attorney. Ms. Kunofsky of the Clerk's Office informed me that judging from what she saw on this case's docket sheets I should have been designated as the defense attorney of record and that that omission was an oversight that she said would be corrected today.

```
3:01CR0213(AVC) July  24 , 2008.  The motion is GRANTED.  Further,
attorney McIntosh is directed to review his mailing address as listed on
the docket for this case and to inform the clerk's office within ten days
of the date of this order of any changes necessary to ensure that his
current mailing address is correctly entered.
SO ORDERED.
                                           /s/ Alfred V. Covello, USDJ
                                        _____
                                        Alfred V. Covello, U.S.D.J.
```

01CR213 end 462