Case 3:01-cr-00213-AVC  Document 463  Filed 07/16/2008  Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

***********************************

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | NO. 3:01 CR 213 (AVC) |
| V. | * | |
| | * | |
| JEFFREY LORENZO | * | July 16, 2008 |

***********************************

### DEFENDANT'S MOTION TO PROCEED WITHOUT PAYMENT OF COSTS ON APPEAL

Mr. Jeffrey Lorenzo, through his counsel below, moves this Court for an Order permitting him to appeal this court's refusal to reduce his sentence without having to pay court costs, transcript fees and with appointed counsel because he has no financial resources to so do. On September 17, 2001 defense counsel was appointed for Mr. Lorenzo by order of the Court under the Criminal Justice Act because he was without funds to retain an attorney. On June 4, 2008 this Court reappointed the undersigned to represent Mr. Lorenzo in his effort to have his sentence reduced by dint of the Amendment to the crack U.S.S.G. Mr. Lorenzo's financial affidavit is on file with this Court. Mr. Lorenzo filed his net worth statement with this Court which showed that he was without funds to pay a fine. The undersigned hereby incorporates Mr. Lorenzo's CJA financial affidavit and his net worth statement by reference as though appended hereto.

Therefore, as this Court has previously ruled that Mr. Lorenzo could proceed with his defense under the CJA and as that status has not been revoked; the defense entreats this Court to permit him to appeal this latest Court decision without having to pay court costs, transcript fees and permit to proceed with appointed counsel.

3:01CR0213(AVC) July 24, 2008. The motion is GRANTED.
SO ORDERED.
/s/ Alfred V. Covello, USDJ
Alfred V. Covello, U.S.D.J.

01cr213 and 463